IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMARA BROWN                                                                PLAINTIFF

V.                                          CIVIL ACTION NO. 3:20-cv-261-NBB-JMV

CORY USELTON, SUPERINTENDENT;
DESOTO COUNTY SCHOOLS;
DESOTO COUNTY SCHOOL BOARD;
SHANE JONES, PRINCIPAL; ANNIE
MARTIN; NATASHA WILLIAMS;
ROBERT WILKIE; AMBER MELTON;
AND AMERITA TELL                                                          DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendants' motions to dismiss are **GRANTED**, and this case is closed.

This 22nd day of September, 2021.

 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE